UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VARILEASE FINANCE, INC., and
VFI KR SPE I LLC,

      Plaintiffs,                          Civil Action No. 22-cv-12875
                                               HON. BERNARD A. FRIEDMAN

vs.

INTERCONTINENTAL CAPITAL
GROUP, INC., and DUSTIN A. DIMISA,

      Defendants.
_____/

## ORDER GRANTING IN PART PLAINTIFFS' VERIFIED MOTION FOR POSSESSION OF EQUIPMENT AND COLLATERAL

This matter is before the Court on a verified motion for possession of equipment and collateral filed by plaintiffs Varilease Finance, Inc. and VFI KR SPE I LLC (ECF No. 11). It is, hereby,

ORDERED that the motion is granted in so far as the Court shall set a hearing on the motion for **Tuesday, February 21, 2023, at 10:00 AM.** The hearing shall occur before District Judge Bernard A. Friedman at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Room 110, Detroit, Michigan.

IT IS FURTHER ORDERED that defendants Intercontinental Capital Group, Inc. and Dustin Dimisa shall file a response to the motion by Friday, February 17, 2023.  Plaintiffs may file a reply in support of the motion by Monday, February 20, 2023.

IT IS FURTHER ORDERED that the motion is in all other respects denied without prejudice at this time.

**IT IS SO ORDERED.**

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge

Dated: February 14, 2023
Detroit, Michigan