# EXHIBIT C



# CT Corporation
a Wolters Kluwer Business

## Search Results

**THOMAS MUNZENBERGER**
**Dickinson Wright PLLC**
**500 Woodward Ave**
**One Detroit Center Ste 4000**
**Detroit, MI 48226**

Date: 02/16/2023
Order #: 91422236
Customer #: 503063
Reference 1: 104461-1
Reference 2: --

**Target Name:** Intercontinental Capital Group, Inc.

**Jurisdiction:** Department of State, New York

**Search Type:** UCC Lien
**Results:** See Attached Listing of Records Found

**Searched Through:** 01/25/2023
Searched: 5 Years

**Comments:** Please note the following name variation(s) were found and included in the results:
-INTERCONTENENTAL CAPITAL GROUP INC
As requested, results were limited to listing information only

SABRINA LYNCH
UCC Team 2
208 S. LaSalle Street
Suite 814
Chicago, IL 60604
312.288.3589
Sabrina.Lynch@wolterskluwer.com

This report contains information compiled from sources which CT Corporation considers reliable but does not control. The information provided is not a certified record of the applicable jurisdiction unless otherwise indicated. CT Corporation does not (i) warrant or guarantee the accuracy, completion or timeliness of the information provided or (ii) accept any liability for delays, errors or omissions in the information provided. CT Corporation is not an insurer with regard to this information or these services. Under no circumstances shall CT Corporation be liable for any loss of underlying collateral or loss (or decreased priority) of security interest in connection with this information or these services. Any categorization of search results is provided for convenience only and is not to be construed as a legal opinion concerning the status of filings.

Date: Feb.16, 2023                                                                                                    Page:1

## CT Lien Solutions
## UCC Search Report

The following represents a listing of the documentation you requested through a careful search of effective UCC filings recorded in the Office of the Secretary of State NY, Department of State licensed from the State of an independent third party and maintained in a computerized form and available through our offices. Variations of the Name and Address of the search key may appear on this report as a result of the search findings and your individual request for that information.

This report reflects record effective through Jan.25, 2023.

Because we cannot independently verify the accuracy of the public information maintained by the responsible government agency or other sources of this data, we make no guaranties, representations or warranties as to the accuracy or completeness of this report. We cannot and do not accept any liability for errors or omissions.

State of NY, Department of State, Secretary of State UCC Debtor Name Search results performed on following

Search Key :

    Name = Intercontinental Capital Group, Inc.

1. 200908070458934   ORIGINAL filed on Aug. 07, 2009
   expires on Aug. 07, 2024
   | | |
   |---|---|
   | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC. |
   | | 55 EAST 59TH STREET , 4TH FLOOR |
   | | NEW YORK, NY, 10022 |
   | SecuredParty | SANTANDER BANK, N.A. |
   | | 830 MORRIS TURNPIKE , 3RD FLOOR |
   | | SHORT HILLS, NJ, 07078 |
   | SecuredParty | SOVEREIGN BANK |
   | | 830 MORRIS TURNPIKE |
   | | SHORT HILLS, NJ, 07078 |
   | SecuredParty | FLAGSTAR BANK, F.S.B. |
   | | 301 W. MICHIGAN AVENUE |
   | | JACKSON, MI, 49201 |
   | CONTINUATION | # 201404295431956 filed on  Apr. 29, 2014 |
   | AMENDMENT | # 201801190029846 filed on  Jan. 19, 2018 |
   | AMENDMENT | # 201803130117946 filed on  Mar. 13, 2018 |
   | ASSIGNMENT | # 201803130118138 filed on  Mar. 13, 2018 |
   | AMENDMENT | # 201904240181241 filed on  Apr. 24, 2019 |
   | CONTINUATION | # 201905165626295 filed on  May. 16, 2019 |
   | AMENDMENT | # 202112150477114 filed on  Dec. 15, 2021 |
   | AMENDMENT | # 202209160389897 filed on  Sep. 16, 2022 |

2. 200910200601362   ORIGINAL filed on Oct. 20, 2009
   expires on Oct. 20, 2024

Date: Feb.16, 2023                                                                                                      Page:2

|   | | |
|---|---|---|
| | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC. |
| | | 55 EAST 59TH STREET , 4TH FLOOR |
| | | NEW YORK, NY, 10022 |
| | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC. |
| | | 50 JERICHO QUADRANGLE , SUITE 210 |
| | | JERICHO, NY, 11753 |
| | SecuredParty | 1ST CONSTITUTION BANK |
| | | 2650 ROUTE 130 NORTH , PO BOX 634 |
| | | CRANBURY, NJ, 08512 |
| | CONTINUATION | # 201408110449303 filed on  Aug. 11, 2014 |
| | AMENDMENT | # 201503180131635 filed on  Mar. 18, 2015 |
| | CONTINUATION | # 201908128363527 filed on  Aug. 12, 2019 |

3. 201605020204671   ORIGINAL filed on May. 02, 2016
   expires on May. 02, 2026

|   | | |
|---|---|---|
| | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC. |
| | | 50 JERICHO QUADRANGLE , SUITE 210 |
| | | JERICHO, NY, 11753 |
| | SecuredParty | PEOPLE'S UNITED BANK, NATIONAL ASSOCIATION |
| | | 101 BULLITT LANE , SUITE 100 |
| | | LOUISVILLE, KY, 40222 |
| | CONTINUATION | # 202103035352503 filed on  Mar. 03, 2021 |
| | TERMINATION | # 202109286563315 filed on  Sep. 28, 2021 |

4. 201805315668534   ORIGINAL filed on May. 31, 2018
   expires on May. 31, 2023

|   | | |
|---|---|---|
| | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC. |
| | | 50 JERICHO QUADRANGLE , SUITE 210 |
| | | JERICHO, NY, 11753 |
| | SecuredParty | FIDELITY FUNDING SERVICES, LLC |
| | | 19600 FAIRCHILD ROAD , SUITE 120 |
| | | IRVINE, CA, 92612 |
| | TERMINATION | # 201807125862059 filed on  Jul. 12, 2018 |

5. 201806195757589   ORIGINAL filed on Jun. 19, 2018
   expires on Jun. 19, 2023

|   | | |
|---|---|---|
| | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC. |
| | | 265 BROADHOLLOW ROAD , 4TH FLOOR |
| | | MELVILLE, NY, 11747 |
| | SecuredParty | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE |
| | | P.O. BOX 2576 UCCSPREP@CSCINFO.COM |
| | | SPRINGFIELD, IL, 62708 |
| | SecuredParty | VFI KR SPE I LLC |
| | | 2800 EAST COTTONWOOD PARKWAY , 2ND FLOOR |
| | | SALT LAKE CITY, UT, 84121 |
| | ASSIGNMENT | # 201807160331095 filed on  Jul. 16, 2018 |

6. 201807165872818   ORIGINAL filed on Jul. 16, 2018
   expires on Jul. 16, 2023

|   | | |
|---|---|---|
| | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC. |
| | | 265 BROADHOLLOW ROAD , 4TH FLOOR |

Date: Feb.16, 2023                                                                                                                                      Page:3

|     |              |                                                        |
|-----|--------------|--------------------------------------------------------|
|     |              | MELVILLE, NY, 11747                                    |
|     | SecuredParty | VFI KR SPE I LLC                                       |
|     |              | 2800 EAST COTTONWOOD PARKWAY , 2ND FLOOR               |
|     |              | SALT LAKE CITY, UT, 84121                              |
|     | TERMINATION  | # 201907120317962 filed on  Jul. 12, 2019              |
|     | TERMINATION  | # 201907188327901 filed on  Jul. 18, 2019              |

7.   201807315941475   ORIGINAL filed on Jul. 31, 2018
     expires on Jul. 31, 2023
     Debtor                INTERCONTINENTAL CAPITAL GROUP, INC.
                           265 BROADHOLLOW ROAD , 4TH FLOOR
                           MELVILLE, NY, 11747
     SecuredParty          CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
                           P.O. BOX 2576 UCCSPREP@CSCINFO.COM
                           SPRINGFIELD, IL, 62708
     SecuredParty          VFI KR SPE I LLC
                           2800 EAST COTTONWOOD PARKWAY , 2ND FLOOR
                           SALT LAKE CITY, UT, 84121
     ASSIGNMENT            # 201808270401900 filed on  Aug. 27, 2018

8.   201907095876952   ORIGINAL filed on Jul. 09, 2019
     expires on Jul. 09, 2024
     Debtor                INTERCONTINENTAL CAPITAL GROUP, INC.
                           265 BROADHOLLOW ROAD , SUITE 220
                           MELVILLE, NY, 11747
     SecuredParty          CORPORATION SERVICE COMPANY, AS REPRESENTATIVE
                           P.O. BOX 2576 UCCSPREP@CSCINFO.COM
                           SPRINGFIELD, IL, 62708
     SecuredParty          PRIME ALLIANCE BANK, INC.
                           1868 S. 500 W.
                           WOODS CROSS, UT, 84087
     ASSIGNMENT            # 201907175922287 filed on  Jul. 17, 2019

9.   201908136039114   ORIGINAL filed on Aug. 13, 2019
     expires on Aug. 13, 2024
     Debtor                INTERCONTINENTAL CAPITAL GROUP, INC.
                           265 BROADHOLLOW ROAD , 4TH FLOOR
                           MELVILLE, NY, 11747
     SecuredParty          VFI KR SPE I LLC
                           2800 EAST COTTONWOOD PARKWAY , 2ND FLOOR
                           SALT LAKE CITY, UT, 84121
     AMENDMENT             # 201911080515493 filed on  Nov. 08, 2019
     TERMINATION           # 202004165447020 filed on  Apr. 16, 2020
     TERMINATION           # 202004200215340 filed on  Apr. 20, 2020

10.  201910116293303   ORIGINAL filed on Oct. 11, 2019
     expires on Oct. 11, 2024
     Debtor                INTERCONTINENTAL CAPITAL GROUP, INC.
                           265 BROADHOLLOW ROAD , SUITE 220
                           MELVILLE, NY, 11747
     SecuredParty          FANNIE MAE

Date: Feb.16, 2023 Page:4

                           3900 WISCONSIN AVENUE , N.W.
                           WASHINGTON, DC, 20016-2892

11.   202001285118161   ORIGINAL filed on Jan. 28, 2020
       expires on Jan. 28, 2025
       Debtor                       INTERCONTINENTAL CAPITAL GROUP, INC.
                                 265 BROADHOLLOW ROAD , SUITE 220
                                 MELVILLE, NY, 11747
       SecuredParty               NAVITAS CREDIT CORP.
                                 201 EXECUTIVE CENTER DRIVE , SUITE 100
                                 COLUMBIA, SC, 29210

12.   202004215459191   ORIGINAL filed on Apr. 21, 2020
       expires on Apr. 21, 2025
       Debtor                       INTERCONTINENTAL CAPITAL GROUP, INC.
                                 347 WEST 38TH STREET , SUITE 301
                                 NEW YORK, NY, 10018
       Debtor                       LTL MARKETING INC.
                                 347 WEST 38TH STREET , SUITE 301
                                 NEW YORK, NY, 10018
       SecuredParty               SIGNATURE BANK
                                 565 FIFTH AVENUE , 12TH FLOOR
                                 NEW YORK, NY, 10017
       AMENDMENT               # 202010267844876 filed on Oct. 26, 2020
       AMENDMENT               # 202011047920254 filed on Nov. 04, 2020
       AMENDMENT               # 202011067934334 filed on Nov. 06, 2020

13.   202005145576932   ORIGINAL filed on May. 14, 2020
       expires on May. 14, 2025
       Debtor                       INTERCONTINENTAL CAPITAL GROUP, INC.
                                 265 BROADHOLLOW ROAD , 4TH FLOOR
                                 MELVILLE, NY, 11747
       SecuredParty               VFI KR SPE I LLC
                                 2800 EAST COTTONWOOD PARKWAY , 2ND FLOOR
                                 SALT LAKE CITY, UT, 84121
       AMENDMENT               # 202011067935780 filed on Nov. 06, 2020

14.   202005275713690   ORIGINAL filed on May. 27, 2020
       expires on May. 27, 2025
       Debtor                       INTERCONTINENTAL CAPITAL GROUP, INC.
                                 265 BROADHOLLOW ROAD SUITE 220
                                 MELVILLE, NY, 11747
       SecuredParty               HEWLETT-PACKARD FINANCIAL SERVICES COMPANY
                                 200 CONNELL DRIVE
                                 BERKELEY HEIGHTS, NJ, 07922

15.   202006236175314   ORIGINAL filed on Jun. 23, 2020
       expires on Jun. 23, 2025
       Debtor                       INTERCONTINENTAL CAPITAL GROUP, INC.
                                 265 BROADHOLLOW ROAD , 4TH FLOOR
                                 MELVILLE, NY, 11747

Date: Feb.16, 2023                                                                                       Page:5

|   |   |   |
|---|---|---|
|   | SecuredParty | VFI KR SPE I LLC<br>2800 EAST COTTONWOOD PARKWAY , 2ND FLOOR<br>SALT LAKE CITY, UT, 84121 |
|   | TERMINATION | # 202208226353306 filed on  Aug. 22, 2022 |
| 16. | 202007066635378   ORIGINAL filed on Jul. 06, 2020<br>expires on Jul. 06, 2025 | |
|   | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC.<br>265 BROADHOLLOW RD 4TH FLOOR<br>MELVILLE, NY, 11747 |
|   | SecuredParty | FLAGSTAR BANK, FSB<br>5151 CORPORATE DRIVE , MAIL STOP E-203-4<br>TROY, MI, 48098 |
|   | AMENDMENT | # 202010267843127 filed on  Oct. 26, 2020 |
|   | AMENDMENT | # 202011057927856 filed on  Nov. 05, 2020 |
|   | AMENDMENT | # 202112177024142 filed on  Dec. 17, 2021 |
| 17. | 202008137308739   ORIGINAL filed on Aug. 13, 2020<br>expires on Aug. 13, 2025 | |
|   | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC.<br>265 BROADHOLLOW RD<br>MELVILLE, NY, 11747 |
|   | SecuredParty | DELL FINANCIAL SERVICES L.L.C.<br>MAIL STOP-PS2DF-23 , ONE DELL WAY<br>ROUND ROCK, TX, 78682 |
| 18. | 202008280348078   ORIGINAL filed on Aug. 28, 2020<br>expires on Aug. 28, 2025 | |
|   | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC.<br>265 BROADHOLLOW ROAD , SUITE 220<br>MELVILLE, NY, 11747 |
|   | SecuredParty | TIAA, FSB, FORMERLY KNOWN AS EVERBANK<br>100 SUMMER STREET , SUITE 3232<br>BOSTON, MA, 02110 |
| 19. | 202010280413212   ORIGINAL filed on Oct. 28, 2020<br>expires on Oct. 28, 2025 | |
|   | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC.<br>265 BROADHOLLOW ROAD , SUITE 220<br>MELVILLE, NY, 11747 |
|   | SecuredParty | BANK OF HOPE<br>3731 WILSHIRE BLVD. , SUITE 420<br>LOS ANGELES, CA, 90010 |
|   | TERMINATION | # 202203235470002 filed on  Mar. 23, 2022 |
| 20. | 202011100432938   ORIGINAL filed on Nov. 10, 2020<br>expires on Nov. 10, 2025 | |
|   | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC.<br>265 BROADHOLLOW ROAD , SUITE 220<br>MELVILLE, NY, 11747 |
|   | SecuredParty | BANK OF MONTREAL |

Date: Feb. 16, 2023                                                                                                        Page: 6

                                                   CAPITAL MARKETS LEGAL DEPT. , 11 W. MONROE STREET
                                                   CHICAGO, IL, 60603
      TERMINATION                 # 202105198229538 filed on  May. 19, 2021

21.   202011127961625   ORIGINAL filed on Nov. 12, 2020
       expires on Nov. 12, 2025
       Debtor                           INTERCONTINENTAL CAPITAL GROUP, INC.
                                   265 BROADHOLLOW RD STE 220
                                   MELVILLE, NY, 11747
       SecuredParty              INSIGHT GLOBAL FINANCE
                                   2330 I-30
                                   MESQUITE, TX, 75150

22.   202012105095903   ORIGINAL filed on Dec. 10, 2020
       expires on Dec. 10, 2025
       Debtor                           INTERCONTINENTAL CAPITAL GROUP, INC.
                                   265 BROADHOLLOW RD STE 220
                                   MELVILLE, NY, 11747
       SecuredParty              INSIGHT GLOBAL FINANCE
                                   2330 I-30
                                   MESQUITE, TX, 75150

23.   202101200021460   FEDERAL TAX LIEN filed on Jan. 20, 2021
       expires on Jan. 06, 2031
       Debtor                           INTERCONTENENTAL CAPITAL GROUP INC
                                   265 BROADHOLLOW RD STE 400
                                   MELVILLE, NY, 11747-4833
       SecuredParty              INTERNAL REVENUE SERVICE
       RELEASE                     # 202105270189909 filed on  May. 27, 2021

24.   202101285180950   ORIGINAL filed on Jan. 28, 2021
       expires on Jan. 28, 2026
       Debtor                           INTERCONTINENTAL CAPITAL GROUP, INC.
                                   265 BROADHOLLOW RD STE 220
                                   MELVILLE, NY, 11747
       SecuredParty              INSIGHT GLOBAL FINANCE
                                   2330 I-30
                                   MESQUITE, TX, 75150

25.   202102220058716   FEDERAL TAX LIEN filed on Feb. 22, 2021
       expires on Jun. 03, 2030
       Debtor                           INTERCONTINENTAL CAPITAL GROUP INC
                                   265 BROADHOLLOW RD STE 400
                                   MELVILLE, NY, 11747-4833
       SecuredParty              INTERNAL REVENUE SERVICE
       RELEASE                     # 202104280147305 filed on  Apr. 28, 2021
       RELEASE                     # 202104280147355 filed on  Apr. 28, 2021

26.   202103040074233   ORIGINAL filed on Mar. 04, 2021
       expires on Mar. 04, 2026

Date: Feb.16, 2023                                                                Page:7

|   |   |   |
|---|---|---|
|   | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC.<br>265 BROADHOLLOW ROAD , SUITE 220<br>MELVILLE, NY, 11747 |
|   | SecuredParty | TIAA, FSB, FORMERLY KNOWN AS EVERBANK<br>301 W. BAY STREET<br>JACKSONVILLE, FL, 32202 |
| 27. | 202106075926934   ORIGINAL filed on Jun. 07, 2021<br>expires on Jun. 07, 2026 |   |
|   | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC.<br>265 BROADHOLLOW ROAD , 4TH FLOOR<br>MELVILLE, NY, 11747 |
|   | SecuredParty | VFI KR SPE I LLC<br>2800 EAST COTTONWOOD PARKWAY , 2ND FLOOR<br>SALT LAKE CITY, UT, 84121 |
| 28. | 202107196141609   ORIGINAL filed on Jul. 19, 2021<br>expires on Jul. 19, 2026 |   |
|   | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC.<br>265 BROADHOLLOW ROAD , 4TH FLOOR<br>MELVILLE, NY, 11747 |
|   | SecuredParty | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE<br>P.O. BOX 2576 UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 |
|   | TERMINATION | # 202109296572164 filed on  Sep. 29, 2021 |
| 29. | 202107196141611   ORIGINAL filed on Jul. 19, 2021<br>expires on Jul. 19, 2026 |   |
|   | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC.<br>265 BROADHOLLOW ROAD , 4TH FLOOR<br>MELVILLE, NY, 11747 |
|   | SecuredParty | CORPORATION SERVICE COMPANY, AS REPRESENTATIVE<br>P.O. BOX 2576 UCCSPREP@CSCINFO.COM<br>SPRINGFIELD, IL, 62708 |
| 30. | 202112150477760   ORIGINAL filed on Dec. 15, 2021<br>expires on Dec. 15, 2051 |   |
|   | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC.<br>265 BROADHOLLOW ROAD , SUITE 220<br>MELVILLE, NY, 11747 |
|   | SecuredParty | AXOS BANK<br>4350 LA JOLLA VILLAGE DRIVE , SUITE 140<br>SAN DIEGO, CA, 92122 |
|   | TERMINATION | # 202212296998204 filed on  Dec. 29, 2022 |
| 31. | 202201180026481   ORIGINAL filed on Jan. 18, 2022<br>expires on Jan. 18, 2027 |   |
|   | Debtor | INTERCONTINENTAL CAPITAL GROUP, INC.<br>265 BROADHOLLOW RD. , STE. 400<br>MELVILLE, NY, 11747 |
|   | SecuredParty | FCS CAPITAL ADVISERS, LLC DBA BREVET CAPITAL ADVISORS |

Date: Feb.16, 2023                                                                                                Page:8

                441 NINTH AVENUE , 20TH FLOOR
                NEW YORK, NY, 10001

32. 202212116905757 ORIGINAL filed on Dec. 11, 2022
   expires on Dec. 11, 2027
   Debtor         INTERCONTINENTAL CAPITAL GROUP, INC.
              265 BROADHOLLOW RD
              MELVILLE, NY, 11747
   SecuredParty      FEDERAL HOME LOAN MORTGAGE CORPORATION
              1551 PARK RUN DRIVE
              MCLEAN, VA, 22102

[End of Report]