UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VARILEASE FINANCE, INC., and
VFI KR SPE I, LLC,

      Plaintiffs,                          Civil Action No. 22-cv-12875
                                              HON. BERNARD A. FRIEDMAN

vs.

INTERCONTINENTAL CAPITAL
GROUP, INC., and DUSTIN A. DIMISA,

      Defendants.
_____/

## ORDER DENYING MOTION TO COMPEL ESCROW OF TAX REFUND

This matter is before the Court on a motion to compel escrow of tax refund filed by plaintiffs Varilease Finance, Inc. and VFI KR SPE I LLC.  (ECF No. 20).  Defendants Intercontinental Capital Group, Inc. and Dustin Dimisa filed a response, and plaintiffs filed a reply.  (ECF Nos. 23, 24).  The Court held a hearing on the motion via Zoom on May 2, 2023.  For the reasons stated on the record, it is, hereby,

ORDERED that the motion to compel escrow of tax refund (ECF No. 20) is DENIED WITHOUT PREJUDICE.

**SO ORDERED.**

Dated: May 3, 2023
Detroit, Michigan

s/Bernard A. Friedman
Hon. Bernard A. Friedman
Senior United States District Judge